# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

UNITED STATES OF AMERICA
V.

Danny Saig

**APPEARANCE BOND**

12-00242

Defendant

Case    12-6655

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 50,000 , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash _____ (describe other

The conditions of this bond are that the _____ Danny Saig _____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __7/2/12__ at __Newark, NJ__
                              Date                                    Place

Defendant __[signature] Danny Saig__    Address __Beverly Hills CA__
X Surety __ADL MENDOZA / Adli Mendoza__  Address __200 S. LA Peer Dr.__
Surety _____                         Address __Beverly Hills CA 90211__

Signed and acknowledged before me __7/2/12__
                                      Date

__[signature]__                           __[signature] Nadine Mauro__
Approved:                                 Judge/Clerk

# UNITED STATES DISTRICT COURT
## for the District of New Jersey

United States of America

v.

Danny Saig

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 12-6655

IT IS ORDERED on this 2 day of July, 2012 that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

### Release on Bond

Bail be fixed at $ 50,000 and the defendant shall be released upon:

(X) Executing an unsecured appearance bond (X) with co-signor(s) Adi Mendoza ;
( ) Executing a secured appearance bond ( ) with co-signor(s)_____,
and ( ) depositing in cash in the registry of the Court ____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at _____.
Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

### Additional Conditions of Release

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
(✓) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant shall be released into the third party custody of_____

*who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: _____ Date: _____

PAGE 1 OF 3

(X) The defendant's travel is restricted to (X) New Jersey (X) Other C.D. of CA
_____
                                                    (X) unless approved by Pretrial Services (PTS).
(X) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.
( ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
( ) Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by _____ and verification provided to PTS.
( ) Mental health testing/treatment as directed by PTS.
( ) Abstain from the use of alcohol.
(X) Maintain current residence or a residence approved by PTS.
(X) Maintain or actively seek employment and/or commence an education program.
( ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
( ) Have no contact with the following individuals: _____
( ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
   ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted ( ) is not permitted.
   ( ) (iii) **Home Incarceration.** You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
( ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.
   ( ) (i) **No Computers** - defendant is prohibited from possession and/or use of computers or connected devices.
   ( ) (ii) **Computer - No Internet Access:** defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
   ( ) (iii) **Computer With Internet Access:** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
   ( ) (iv) **Consent of Other Residents** - by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(X) Other: Deft. may not possess any Identification in any name other than his true name.
(X) Other: Deft. to take a non-stop flight to California and check in immediately with pretrial services.
( ) Other: _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

[X] The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/2/12_____

_____
*Judicial Officer's Signature*

_____Joseph A. Dickson, U.S. Magistrate Judge_____
*Printed name and title*

(REV. 3/10)

PAGE 3 OF 3

```
                   ************************
                   ***   TX REPORT      ***
                   ************************

        TRANSMISSION OK

        TX/RX NO                    1091
        RECIPIENT ADDRESS           919736454549
        DESTINATION ID
        ST. TIME                    07/02 11:02
        TIME USE                    01'58
        PAGES SENT                  7
        RESULT                      OK
```

# FAX

United States Disctrict Court
Central District of California
Western Division
Los Angeles, CA 90012
(213) 894-8288 Phone / (213) 894-2022 Fax

**To:** Nadine Mauro
**Fax number:** 973-645-4549

**From:** Nune Gevorkyan
**Fax number:** 213-894-2022

**Date:** 7/2/2012   **Pages:** 7 + cover

**Regarding:**
Danny Saig (Bond)

**Phone number for follow-up:**
213-894-8288

**Comments:**

As per your instructions, attached is the bond signed by surety Adi Mendoza along with copy of her ID. The originals have been placed in the mail.

Thank you,

Nune Gevorkyan
Criminal Intake Clerk

|  **F A X**<br><br><br><br>United States Disctrict Court<br>Central District of California<br>Western Division<br>Los Angeles, CA 90012<br>(213) 894-8288 Phone / (213) 894-2022 Fax | To: Nadine Mauro<br>Fax number: 973-645-4549 |
|---|---|
| | From: Nune Gevorkyan<br>Fax number: 213-894-2022 |
| | Date: 7/2/2012    Pages: 7 + cover |
| | Regarding:<br>Danny Saig (Bond) |
| | Phone number for follow-up:<br>213-894-8288 |

**Comments:**

As per your instructions, attached is the bond signed by surety Adi Mendoza along with copy of her ID. The originals have been placed in the mail.

Thank you,

Nune Gevorkyan
Criminal Intake Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Chambers Of
Joseph A. Dickson
United States Magistrate Judge

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, NJ 07101
Fax #973-645-4549

## FAX COVER SHEET

Name: Criminal Intake

Organization: USDC, Central District of CA

Fax#: 213-894-2022

From: USDC, District of New Jersey

Date: 7/2/12

Subject: Signing of Appearance Bond for Deft. Danny Saig

Pages: 5 (including cover sheet)

Comments:

Please have Adi Mendoza sign the appearance bond as a surety where indicated, and fax a copy back to me at 973-645-4549. Please mail the original back to me at the above address. Thank you.

Nadine Mauro
Courtroom Deputy